**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NICHOLAS JAMES QUEEN, SR.,      *

    Petitioner                  *

    v.                     *       Civil Action No.WMN-09-054
                                     Criminal No. WMN-93-0366

UNITED STATES OF AMERICA      *

    Respondent           *
                         ******

**MEMORANDUM**

  Before the Court is a pro se Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by Nicholas James Queen, Sr.,  a federal prisoner incarcerated at the United States Penitentiary-Beaumont in Jonesville, Virginia.[1]

  Queen's efforts to vacate his convictions and sentences on the grounds that the government did not have jurisdiction to prosecute him have been unsuccessful.  *See Queen v. United States,* WMN-08-702 (D. Md. 2008); *Queen v. United States,* WMN-07-3302 (D. Md. 2007); *Queen v. United States,* AMD-05-3061 (D. Md. 2005); *Queen v. United States,* WMN-05-2942 (D. Md. 2005); *Queen v. United States,* WMN-05-1316 (D. Md. 2005); *Queen v. United States of America,* WMN-05-1149 (D. Md. 2005); *Queen v. United States of America*, Civil Action No. WMN-04-1475 (D. Md. 2004); *Queen v. United States of America*, Civil Action No. AW-04-1472 (D. Md. 2004); *Queen v. United States of America*, HNM-00-1841 (D. Md. 2000); *Queen v. United States of America*, HNM-97-1184 (D. Md. 1997); and *United States of America v. Queen*, Criminal No. WMN-96-0366 (D. Md. 1996).  The instant motion is yet another successive collateral challenge to his conviction and sentence. Successive motions under § 2255

---

   [1]   Queen was convicted in this court and sentenced on September 30, 1994. *See United States v. Queen*, Criminal No. WMN-93-0366 (D. Md. 1993).

may not be filed absent leave to do so from a federal appellate court. *See* 28 U.S.C.

§§2244(b)(3)(A) & 2255; *In re Avery W. Vial*, 115 F.3d 1192, 1197-98 (4th Cir. 1997).

Since Petitioner has not obtained prior authorization from the United States Court of

Appeals for the Fourth Circuit to bring this successive 28 U.S.C. § 2255 action, the motion must

be dismissed  for lack of jurisdiction.  *See Evans v. Smith*, 220 F.3d 306, 325 (4th Cir. 2000).  A

separate order follows.


                                                          /s/
 01/28/09                                     _____
 Date                                              William M. Nickerson
                                                   United States District Judge